# UNITED STATES DISTRICT COURT

District of Massachusetts

VERMONT MUTUAL INSURANCE COMPANY
a/s/o TIMOTHY D. STEIN and WAYNE ROLF

V.

DAVID'S FLOOR SERVICE, INC.
and
MIN DANG, d/b/a DAVID'S FLOOR SERVICE

FILED
CLERKS OFFICE

SUMMONS IN A CIVIL CASE

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER: 05 10307 JLT

TO: (Name and address of Defendant)

MIN DANG d/b/a DAVID'S FLOOR SERVICE
35 OSGOOD STREET
SOMERVILLE, MA 02143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: FEB 16 2005

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE 2-18-05 |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* Russell Castagna | TITLE ~~XXXXXXXXXX~~ Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. AFTERWARDS ON THE SAME DAY I MAILED 1st CLASS A COPY OF SAME TO THE WITHIN ADDRESS

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL $35.00 | SERVICES | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-18-05
                  Date                          *Signature of Server*

77 L St. Boston, MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.