AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

FILED CLERKS OFFICE
2005 FEB 25 P 3:17
U.S. DISTRICT COURT
DISTRICT OF MASS

VERMONT MUTUAL INSURANCE COMPANY
a/s/o TIMOTHY D. STEIN and WAYNE ROIF

V.

DAVID'S FLOOR SERVICE, INC.
and
MIN DANG, d/b/a
DAVID'S FLOOR SERVICE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05   10307 JLT

TO: (Name and address of Defendant)

DAVID'S FLOOR SERVICE, INC.
35 OSGOOD STREET
SOMERVILLE, MA 02143

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS                                     FEB 16 2005

CLERK                                            DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  2-18-05 |
| NAME OF SERVER (PRINT)  Russell Castagna | TITLE  Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

AFTERWARDS ON THE SAME DAY I MAILED 1st CLASS A COPY OF SAME TO THE WITHIN ADDRESS

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  $35.00 | SERVICES | TOTAL  $35.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-18-05
                 Date

Signature of Server

77 L St. Boston, MA 02127
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.