UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

VERMONT MUTUAL INSURANCE COMPANY )
as subrogee of TIMOTHY D. STEIN and )
WAYNE ROLF )
        Plaintiff, )
 )
v. )
 )
DAVID'S FLOOR SERVICE, INC. )
 )
 )
and )
 )
MIN DANG, d/b/a )
DAVID'S FLOOR SERVICE, )
        Defendants )
 )

### ANSWER AND JURY CLAIM OF THE DEFENDANTS

1. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

2. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

3. Admitted.

4. Admitted that Minh Dang is a resident of Massachusetts. Denied that he did business as David's Floor Service.

5. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

6. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

7. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9. Admitted insofar as the allegation pertains to David's Floor Service, Inc.; denied as to Minh Dang d/b/a.

10. Admitted as to David's Floor Service, Inc.

11. Admitted that there was a fire at the property; defendants are unsure as to whether there was an explosion.

12. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## Count I

14. The defendants incorporate by reference their responses to the preceding allegations.

15. Denied.

16. Denied.

## Count II

17. The defendants incorporate by reference their responses to the preceding allegations.

18. Denied.

19. Denied.

<u>First Affirmative Defense</u>

Count II of the Complaint should be dismissed as no such entity "Minh Dang d/b/a David's Floor Service", exists.

<u>Jury Claim</u>

The defendants claim a trial by jury as to all issues.

Date: March 8, 2005

The defendants,
by their attorney,

Susan Johnson Bowen
BBO#561543
Warren, Hensley & Bowen LLP
185 Devonshire Street
Suite 1000
Boston, MA  02110-1410
(617) 542-4130

**CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing document on the parties to this case by mailing a copy hereof, postage prepaid, to Patrick J. Loftus, Esq., LAW OFFICE OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, MA 02108 and James, P Cullen, Jr., Esq., COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, PA 19103 on March 8, 2005.

                                          Susan Johnson Bowen