UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE | * | |
| COMPANY as subrogee of TIMOTHY D. | * | |
| STEIN and WAYNE ROLF, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10307-JLT |
| | * | |
| DAVID'S FLOOR SERVICE, INC. and | * | |
| MIN DANG, d/b/a DAVID'S FLOOR | * | |
| SERVICE, | * | |
| | * | |
| Defendants. | * | |

ORDER

May 12, 2005

TAURO, J.

After the Scheduling Conference held on May 12, 2005, this court hereby orders that:

1.     Plaintiff may depose: (1) David Dang, (2) Min Dang, (3) the lead investigator of the fire designated by either the city or the state, and (4) Defendants' experts;

2.     Defendants may depose: (1) Tim Stein, (2) Wayne Rolf, and (3) Plaintiff's investigators and/or experts;

3.     All discovery shall be completed by September 30, 2005;

4.     No additional discovery will be permitted without leave of this court; and

5.     A Further Conference is scheduled for October 11, 2005 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge