UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE COMPANY as subrogee of TIMOTHY D. STEIN and WAYNE ROLF, | * * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10307-JLT |
| | * | |
| DAVID'S FLOOR SERVICE, INC. and MIN DANG, d/b/a DAVID'S FLOOR SERVICE, | * * * * | |
| Defendants. | * | |

<u>ORDER</u>

November 1, 2005

TAURO, J.

After the Further Conference held on November 1, 2005, this court hereby orders that:

1. All discovery not yet completed that was approved in the May 12, 2005 Order is allowed to be completed by the Parties;

2. No additional discovery will be permitted without leave of this court; and

3. Trial is scheduled for February 13, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge