UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

VERMONT MUTUAL INSURANCE COMPANY   )
as subrogee of TIMOTHY D. STEIN and )
WAYNE ROLF                          )
      Plaintiff,                    )
                                    )
v.                                  )
                                    )
DAVID'S FLOOR SERVICE, INC.         )
                                    )
and                                 )
                                    )
MIN DANG, d/b/a                     )
DAVID'S FLOOR SERVICE,              )
      Defendants                    )
_____)

NOTICE OF INTENTION TO FILE MOTION
RE: THIRD-PARTY COMPLAINT

    In accordance with Rule 15.1(B), the defendants intend to file the Motion for Leave to File Third-Party Complaint, along with proposed Third-Party Complaint, on December 5, 2005.

Defendants,
By their attorney,

Susan Johnson Bowen
BBO#561543
Warren, Hensley & Bowen LLP
185 Devonshire Street, Suite 1000
Boston, MA 02110
(617) 542-4130

**CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing document on the parties to this case by mailing a copy hereof, postage prepaid, to Patrick J. Loftus, Esq., LAW OFFICE OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, MA 02108 and James, P Cullen, Jr., Esq., COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, PA 19103 and to:

Bart Warner, Esq.
113 Union Wharf East
Boston, MA 02109 as counsel of record for Muoi Bui a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui

on November 22, 2005.

                                                  Susan Johnson Bowen