UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

VERMONT MUTUAL INSURANCE COMPANY )
as subrogee of TIMOTHY D. STEIN and )
WAYNE ROLF )
      Plaintiff, )
       )
       )
    v. )
       )
DAVID'S FLOOR SERVICE, INC. )
       )
       )
    and )
       )
MIN DANG, d/b/a )
DAVID'S FLOOR SERVICE, )
      Defendants )
       )

RULE 7.1(A)(2)CERTIFICATION OF COUNSEL RE: MOTION
AND THIRD-PARTY COMPLAINT

    In accordance with Rule 7.1(A)(2), counsel for the defendants/proposed third-party plaintiffs conferred with counsel for the plaintiff, James Cullen, Esq., regarding the proposed third-party complaint and motion for leave to file the third-party complaint. Mr. Cullen does not oppose the motion.

                              Defendants,
                              By their attorney,

                              Susan Johnson Bowen
                              BBO#561543
                              Warren, Hensley & Bowen LLP
                              185 Devonshire Street, Suite 1000
                              Boston, MA 02110
                              (617) 542-4130

**CERTIFICATE OF SERVICE**

     I hereby certify that I served the foregoing document on the parties to this case by mailing a copy hereof, postage prepaid, to Patrick J. Loftus, Esq., LAW OFFICE OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, MA 02108 and James, P Cullen, Jr., Esq., COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, PA 19103 and to Bart Warner, Esq., 113 Union Wharf East, Boston, MA 02109 as counsel for Muoi Bui a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui on December 5, 2005.

                                            Susan Johnson Bowen