# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE COMPANY, | ) | CIVIL ACTION |
| as subrogee of TIMOTHY D. STEIN and | ) | |
| WAYNE ROLF, | ) | NO. 05-10307 JLT |
|       Plaintiff, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| DAVID'S FLOOR SERVICE, INC., | ) | **JURY TRIAL DEMANDED** |
|     and | ) | |
| | ) | |
| MIN DANG, d/b/a | ) | |
| DAVID'S FLOOR SERVICE , | ) | |
|     Defendants. | ) | |

## NOTICE OF INTENTION TO FILE MOTION
## RE: AMENDED COMPLAINT

In accordance with Rule 15 (a), plaintiff, Vermont Mutual Insurance Company as subrogee of Timothy D. Stein and Wayne Rolf intend to file the Motion for Leave to File Amended Complaint, along with proposed Amended Complaint, on January 5, 2006.

Respectfully submitted,

COZEN AND O'CONNOR

BY: /s/ James P. Cullen, Jr., Esquire
       James P. Cullen, Jr., Esquire
       Cozen O'Connor
       1900 Market Street
       Philadelphia, PA  19103
       (215) 665-4102

Local Counsel
Patrick J. Loftus, III, Esquire
9 Park Street, Suite 500
Boston, MA  02108
617-723-7770
Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I, James P. Cullen, hereby certify that I served a true and correct copy of the foregoing

Notice of Motion this 5th day of January, 2006, by mail, postage prepaid, to the following

parties:

Susan Johnson Bowen, Esquire        Bart Warner, Esquire
Warren, Hensley & Bowen LLP        113 Union Wharf East
185 Devonshire Street        Boston, MA 02109
Suite 1000
Boston, MA  02110

<u>/s/ James P. Cullen, Jr., Esquire</u>
James P. Cullen, Jr., Esquire