UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

VERMONT MUTUAL INSURANCE COMPANY )
as subrogee of TIMOTHY D. STEIN and )
WAYNE ROLF )
        Plaintiff, )
                      )
            v. )
                      )
DAVID'S FLOOR SERVICE, INC. )
                      )
        and )
MIN DANG, d/b/a )
DAVID'S FLOOR SERVICE, )
        Defendants )
        Third-Party Plaintiffs )
                      )
            v. )
                      )
MUOI BUI a/k/a MUOI PHAM, )
AS ADMINISTRATRIX OF )
THE ESTATE OF TOAN BUI )
d/b/a/ BLESS HARDWOODS )
        Third-Party Defendants )
                      )

THIRD-PARTY COMPLAINT

Pursuant to F.R.C.P. 14(a), the defendants/third-party plaintiffs hereby asserts the following claims against the third-party defendant, Muoi Bui, a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui d/b/a Bless Hardwoods.

1.  David's Floor Service Inc. is a Massachusetts corporation with a principal place of business in Somerville, Massachusetts.

2. Upon information and belief, Toan Bui was an individual residing in Dorchester, MA doing business as Bless Hardwoods. Muoi Bui, a/k/a Muoi Pham is the duly appointed administratrix of the estate of Toan Bui.

3. At all times relevant hereto, David's Floor Service Inc. hired Toan Bui d/b/a Bless Hardwoods to perform floor refinishing work, including the sanding and refinishing of hardwood floors.

4. At all times relevant hereto, Toan Bui d/b/a Bless Hardwoods would supply his own materials and equipment for the jobs he was hired to perform.

5. At all times relevant hereto, Toan Bui d/b/a Bless Hardwoods would hire and pay his crew of workers.

6. In August or September of 2004, David's Floor Service Inc. hired Toan Bui d/b/a Bless Hardwoods to perform floor refinishing work at the home owned by Timothy D. Stein and Wayne Rolf Fette at 4 Foskett Street Somerville, MA.

7. On September 4, 2004, while Toan Bui d/b/a Bless Hardwoods was working at 4 Foskett Street, a fire occurred at the building.

8. Vermont Mutual Fire Insurance Company a/s/o Timothy Stein and Wayne Rolf brought suit against David's Floor Service Inc. and Minh Dang d/b/a David's Floor Service alleging that the defendants negligently performed floor refinishing work at 4 Foskett Street

-2-

causing the fire and property damage.  A copy of the complaint is attached.

9.  If the allegations in the complaint are found to be true, which the defendants/third-party plaintiffs deny, the third-party defendant is liable to the defendants/third-party plaintiffs for indemnity and contribution.

COUNT I

10.  The defendants/third-party plaintiffs incorporate by reference the allegations in the preceding paragraphs.

11.  If the plaintiff recovers against the defendants/third-party plaintiffs in this action, then the negligent conduct of Toan Bui d/b/a Bless Hardwoods was the sole and proximate cause of the plaintiff's damages.  Therefore any liability of the defendants/third-party plaintiffs is derivative and imposed solely by reason of the conduct of Toan Bui d/b/a Bless Hardwoods or his agents.

12.  If the plaintiff recovers judgment against the defendants/third-party plaintiffs, they are entitled to indemnification from the estate of Toan Bui d/b/a Bless Hardwoods.

WHEREFOR, the defendants/third-party plaintiffs are entitled to recover from the estate of Toan Bui d/b/a Bless Hardwoods under their common law right to indemnity

-3-

the full amount of any adverse judgment, as well as their reasonable costs and attorneys' fees.

## COUNT II

13.    The    defendants/third-party    plaintiffs incorporate by reference the allegations in the preceding paragraphs.

14.    If the allegations in the complaint are true, which the defendants/third-party plaintiffs deny, then the plaintiff's damages were due in whole or in part to the conduct of Toan Bui d/b/a Bless Hardwoods or its agents.

15.    If the plaintiff recovers judgment against the defendants/third-party plaintiffs on the claims asserted in the complaint, they are entitled to contribution from the estate of Toan Bui d/b/a Bless Hardwoods.

WHEREFOR in the event of any adverse judgment, finding or verdict against the defendants/third-party plaintiffs, they are entitled to contribution from the estate of Toan Bui d/b/a Bless Hardwoods pursuant to M.G.L. c .231B.

## JURY CLAIM

The defendants/third-party plaintiffs demand a trial by jury as to all claims and issues.

Date: December 5, 2005

-4-

Defendants/Third-Party Plaintiffs,
By their attorney,

Susan Johnson Bowen
BBO#561543
Warren, Hensley & Bowen LLP
185 Devonshire Street, Suite 1000
Boston, MA 02110
(617) 542-4130

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document on the parties to this case by mailing a copy hereof, postage prepaid, to Patrick J. Loftus, Esq., LAW OFFICE OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, MA  02108 and James, P Cullen, Jr., Esq., COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, PA 19103 and to Bart Warner, Esq., 113 Union Wharf East, Boston, MA 02109 on November 22, 2005 and on December 5, 2005.

Susan Johnson Bowen

-5-