# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Vermont Mutual Insurance Company
a/s/o Timonthy Stein and
Wayne Rolf

V.

David's Floor Service, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 0.5 CA 1 0 3 0. 7 JLT

TO: (Name and address of Defendant)

David's Floor Service, Inc.
35 Osgood Street
Somerville, MA 02143

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*LAW OFFICE OF*
**PATRICK J. LOFTUS, III**
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_(signature)_

(By) DEPUTY CLERK

FEB 2 3 2006

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-3-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Russell Castagna | Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): By leaving at the last known place of abode of (Min Dang) d/b/a David's Floor Service 35 Osgood St. Somerville, MA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-3-06
                  Date

Signature of Server

AFTERWARDS ON THE SAME DAY I MAILED 1st CLASS A COPY OF SAME TO THE WITHIN ADDRESS

77 L St. Boston, MA 02127
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.