UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

VERMONT MUTUAL INSURANCE COMPANY       )
as subrogee of TIMOTHY D. STEIN and    )
WAYNE ROLF                             )
       Plaintiff,                     )
                                       )
                                       )
       v.                             )
                                       )
                                       )
DAVID'S FLOOR SERVICE, INC.            )
                                       )
       and                            )
                                       )
MIN DANG, d/b/a                        )
DAVID'S FLOOR SERVICE,                 )
                                       )
       and                            )
                                       )
MUOI BUI a/k/a MUOI PHAM,              )
as Administratrix of the Estate of     )
Toan Bui, d/b/a BLESS HARDWOODS        )
       Defendants                     )
                                       )

**ANSWER AND JURY CLAIM OF THE DEFENDANTS
MINH DANG AND DAVID'S FLOOR SERVICE INC.
TO PLAINTIFF'S AMENDED COMPLAINT**

1.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

2.  The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

3.  Admitted.

4.  Admitted that Minh Dang is a resident of Massachusetts. Denied that he did business as David's Floor Service.

5. Admitted.

6. Admitted.

7. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

8. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

9. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Admitted insofar as the allegation pertains to David's Floor Service, Inc.; denied as to Minh Dang d/b/a.

12. Admitted as to David's Floor Service, Inc.

13. Admitted as to David's Floor Service, Inc. to the extent that a Harco sealer would most likely be used and that the sealer was flammable; denied as to the remainder of the allegation.

14. Denied.

15. Admitted only as to David's Floor Service, Inc. and Bless Hardwoods.

16. Admitted that there was a fire at the property; defendants are unsure as to whether there was an explosion.

17. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

18. The defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

### Count I

19. The defendants incorporate by reference their responses to the preceding allegations.

20. Denied.

21. Denied.

### Count II

22. The defendants incorporate by reference their responses to the preceding allegations.

23. Denied.

24. Denied.

### Count III

25. The defendants incorporate by reference their responses to the preceding allegations.

26. Admitted that a third-party complaint has been filed which alleges that the fire was due to the negligent conduct of Toan Bui d/b/a/ Bless Hardwoods.

27. No response is required as these allegations are not directed at Minh Dang d/b/a or David's Floor Service Inc.

28. No response is required as these allegations are not directed at Minh Dang d/b/a or David's Floor Service Inc.

### First Affirmative Defense

Count II of the Complaint should be dismissed as no such entity "Minh Dang d/b/a David's Floor Service", exists.

-3-

<u>Jury Claim</u>

The defendants Minh Dang d/b/a David's Floor Service and David's Floor Service Inc. claim a trial by jury as to all issues.

Date: March 8, 2006

The defendants,
by their attorney,

Susan Johnson Bowen
BBO#561543
Warren, Hensley & Bowen LLP
185 Devonshire Street
Suite 1000
Boston, MA  02110-1410
(617) 542-4130

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing document on the parties to this case by mailing a copy hereof, postage prepaid, to Patrick J. Loftus, Esq., LAW OFFICE OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, MA  02108 and James, P Cullen, Jr., Esq., COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, PA 19103 and Timothy R. Roche, Esq., MONAHAN & ASSOCIATES, 113 Union Wharf East, Boston, MA 02109 on March 8, 2006.

Susan Johnson Bowen