UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY,<br>As subrogee of TIMOTHY D. STEIN<br>And WAYNE ROLF,<br><br>    Plaintiff,<br><br>Vs.<br><br>DAVID'S FLOOR SERVICE, INC.<br>And MIN DANG, d/b/a<br>DAVID'S FLOOR SERVICE,<br><br>    Defendants/<br>    Third Party Plaintiffs<br><br>Vs.<br><br>MUOI BUI a/k/a MUOI PHAM,<br>As Administratrix of The ESTATE OF<br>TOAN BUI d/b/a BLESS HARDWOODS<br><br>    Third Party Defendants. | CIVIL ACTION 05-10307 JLT |

**THIRD PARTY DEFENDANT MUOI BUI a/k/a MUOI PHAM, AS ADMINISTRATRIX OF THE ESTATE OF TOAN BUI d/b/a BLESS HARDWOOD CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The Third Party Defendant, Muoi Bui a/k/a Muoi Pham, As Adminstratrix of the Estate of Toan Bui d/b/a Bless Hardwoods and her counsel, Monahan & Associates, P.C. hereby certify and affirm that they have conferred:

    (a) with a view of establishing a budget for the cost of conducting the full course – and various alternative courses – of litigation; and,

(b)   to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| MUOI BUI, a/k/a MUOI PHAM, AS ADMINSITRATRIX OF THE ESTATE OF TOAN BUI d/b/a BLESS HARDWOODS | MONAHAN & ASSOCIATES, P.C. |
| /s/ Muoi Bui a/k/a Muoi Pham | /s/ Timothy M. Roche<br>Matthew Mahoney, Esquire<br>Timothy M. Roche, Esquire<br>113 Union Wharf East<br>Boston, MA 02109<br>(617) 227-1500 |

CERTIFICATE OF SERVICE

I, Timothy M. Roche, hereby certify that on the 4th day of April, 2006, I have served the foregoing document on all parties by causing copies of same to be sent via first class mail, postage prepaid, to Susan Johnson Bowen, Esquire, WARREN, HENSLEY & BOWEN, LLP, 185 Devonshire Street, Suite 1000, Boston, Massachusetts 02108, Patrick J. Loftus, Esquire, LAW OFFICES OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, Massachusetts 02108, James P. Cullen, Esquire, COZEN O'CONNOR, 1900 Market Stret, The Atrium-Third Floor, Philadelphia, Pennsylvania 19103.

/s/ Timothy M. Roche
Timothy M. Roche