UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY as subrogee of TIMOTHY D. STEIN and WAYNE ROLF,<br><br>     Plaintiff,<br>v.<br><br>DAVID'S FLOOR SERVICE, INC. and MIN DANG, d/b/a DAVID'S FLOOR SERVICE, and MUOI BUI, a.k.a MUOI PHAM, as ADMINISTRATRIX of the ESTATE OF TOAN BUI, d/b/a BLESS HARDWOODS,<br><br>     Defendants.<br><br>MIN DANG, d/b/a DAVID'S FLOOR SERVICE.,<br><br>     Third Party Plaintiff,<br><br>v.<br><br>MUOI BUI, a.k.a MUOI PHAM, as ADMINISTRATRIX of the ESTATE OF TOAN BUI, d/b/a BLESS HARDWOODS.,<br><br>     Third Party Defendant. | Civil Action No. 05-10307-JLT |

ORDER

April 11, 2006

TAURO, J.

    After the Scheduling Conference held on April 11, 2006, this court hereby orders that:

    1.    Plaintiff may depose the following: (1) David Dang; and (2) Minh Dang;

    2.    Third Party Defendant may depose the following: (1) Trung Le; and (2) the other

      worker involved in performing the work at issue;

3.      All discovery must be completed by July 31, 2006;

4.      No additional discovery will be permitted without leave of this court; and

5.      Trial will begin on August 28, 2006 at 10:00 a.m.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                               United States District Judge