```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                                    CIVIL ACTION
                                    NO. 05 10307 JLT


VERMONT MUTUAL INSURANCE COMPANY    )
as subrogee of TIMOTHY D. STEIN and )
WAYNE ROLF                          )
        Plaintiff,                  )
                                    )
        v.                          )
                                    )
DAVID'S FLOOR SERVICE, INC.         )
        and                         )
MIN DANG, d/b/a                     )
DAVID'S FLOOR SERVICE,              )
        Defendants                  )
        Third-Party Plaintiffs      )
and                                 )
MUOI BUI a/k/a MUOI PHAM,           )
AS ADMINISTRATRIX OF                )
THE ESTATE OF TOAN BUI              )
d/b/a/ BLESS HARDWOODS              )
                                    )
                                    )
        v.                          )
                                    )
MUOI BUI a/k/a MUOI PHAM,           )
AS ADMINISTRATRIX OF                )
THE ESTATE OF TOAN BUI              )
d/b/a/ BLESS HARDWOODS              )
        Third-Party Defendants      )
_____)
```

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following new address for undersigned counsel (telephone and fax numbers will remain the same):

**Warren, Hensley & Bowen LLP**
**33 Broad Street, Suite 800**
**Boston, MA 02109-4208**

```
                                        The plaintiff,
                                        by his attorney,

Date: June 19, 2006
                                        /s/ Susan Johnson Bowen
                                        Susan Johnson Bowen
                                        BBO#561543
                                        Warren, Hensley & Bowen LLP
                                        33 Broad Street
                                        Suite 800
                                        Boston, MA  02109-4208
                                        (617) 542-4130
                                        Sue@attorneyswhb.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 19, 2006.

                                        /s/Susan Johnson Bowen