IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Vermont Mutual Insurance Company a/s/o | : | |
| Timothy D. Stein | : | |
| and Wayne Rolfe | : | CIVIL ACTION NO. |
| | : | 05 10307JLT |
| | : | |
| Plaintiff, | : | |
| | : | |
| David's Floor Services, Inc. | : | |
| Defendants. | : | |

MOTION TO WITHDRAW

Now comes the Counsel, Patrick J. Loftus III, original counsel for the Plaintiff, Timothy Stein ,with respect to the Motion to Dismiss, respectfully requests that the court allow the his motion to withdraw in this matter. Please note that Timothy Stein is continuing to proceed with the case and is being represented by Paul J. Gillespie, Esquire of Gillespie & Associates, Lynnfield Woods Office Park, U.S. Route 1, South, 200 Broadway, Suite 106, Lynnfield, Massachusetts 01940-2314.

/s/ Patrick J. Loftus, III, Esq.
Patrick J. Loftus, III
BBO# 303310
9 Park St., Suite 500
Boston, MA 02108

Date: August 3, 2006