

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Vermont Mutual Insurance Company a/s/o | : | |
| Timothy D. Stein | : | |
| and Wayne Rolfe | : | CIVIL ACTION NO. |
| | : | 05 10307JLT |
| | : | |
| Plaintiff, | : | |
| | : | |
| David's Floor Services, Inc. | : | |
| Defendants. | : | |

MOTION TO WITHDRAW Previous Motion

  Now comes the Counsel, Patrick J. Loftus III, original counsel for the Plaintiff, Timothy Stein ,with respect to the Motion to Dismiss, respectfully requests that the court to dismiss the previous motion it was in error.

/s/ Patrick J. Loftus, III, Esq.
Patrick J. Loftus, III
BBO# 303310
9 Park St., Suite 500
Boston, MA 02108

Date: August 3, 2006