UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 05 10307 JLT

```
VERMONT MUTUAL INSURANCE COMPANY      )
as subrogee of TIMOTHY D. STEIN and   )
WAYNE ROLF                            )
          Plaintiff,                  )
                                      )
          v.                          )
                                      )
DAVID'S FLOOR SERVICE, INC.           )
          and                         )
MIN DANG, d/b/a                       )
DAVID'S FLOOR SERVICE,                )
          Defendants                  )
          Third-Party Plaintiffs      )
and                                   )
MUOI BUI a/k/a MUOI PHAM,             )
AS ADMINISTRATRIX OF                  )
THE ESTATE OF TOAN BUI                )
d/b/a/ BLESS HARDWOODS                )
                                      )
                                      )
          v.                          )
                                      )
MUOI BUI a/k/a MUOI PHAM,             )
AS ADMINISTRATRIX OF                  )
THE ESTATE OF TOAN BUI                )
d/b/a/ BLESS HARDWOODS                )
          Third-Party Defendants      )
_____)
```

**MOTION IN LIMINE OF DAVID FLOOR SERVICE INC.**
**RE: INSURANCE**

The defendant David's Floor Service Inc. respectfully moves this court for an order precluding plaintiff's counsel from referring to the existence of any liability insurance that may be available to the defendant, and also for an order that plaintiff's counsel instruct his witnesses to make no such reference. See Leavitt v. Glick Realty Corp., 362 Mass. 370, 372 (1972)(mention of insurance without

justification, i.e. issue of ownership/control, is prejudicial error); see also Goldstein v. Gontarz, 364 Mass. 800, 808 (1974).

                                    The defendant,
                                    David's Floor Service, Inc.,
                                    by its attorney,

Date: August 11, 2006

                                    /s/ Susan Johnson Bowen
                                    Susan Johnson Bowen
                                    BBO#561543
                                    Warren, Hensley & Bowen LLP
                                    33 Broad Street
                                    Suite 800
                                    Boston, MA  02109-4208
                                    (617) 542-4130
                                    Sue@attorneyswhb.com

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 11, 2006.
                                    /s/Susan Johnson Bowen