UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY, ) <br> as subrogee of TIMOTHY D. STEIN and ) <br> WAYNE ROLF ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID'S FLOOR SERVICE, INC., ) <br> ) <br> and ) <br> ) <br> MIN DANG, d/b/a ) <br> DAVID'S FLOOR SERVICE, ) <br> ) <br> Defendants/Third Party Plaintiffs, ) <br> ) <br> and ) <br> ) <br> MUOI BUI, a/k/a MUOI PHAM, ) <br> as Administratrix of the Estate of ) <br> Toan Bui, d/b/a BLESS HARDWOODS ) <br> ) <br> Defendant/Third Party Defendant. ) | CIVIL ACTION <br><br> NO. 05-10307 JLT <br><br><br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Pursuant to the Court's directive, the parties respectfully submit the following status report:

1. The parties respectfully submit that the declaratory judgment action, upon which the Motion to Stay was granted, prior to the commencement of trial in August of 2006, remains undecided, although it has been fully briefed and argued in the state court. Although plaintiff notes its prior objection to the stay, the parties respectfully advise the Court that the

- 2 -

basis for granting the stay has not changed and that no expected decision date has been provided in the declaratory judgment action.

| | |
|---|---|
| _____/s/ Susan Johnson Bowen_____<br>Susan Johnson Bowen, Esquire<br>Warren, Hensley & Bowen LLP<br>33 Broad Street<br>Suite 800<br>Boston, MA  02109-4208<br>(617) 542-4130<br>Attorneys for Defendant Minh Dang | _____/s/ Timothy M. Roche_____<br>Timothy M. Roche, Esquire<br>Monahan & Associates, P.C.<br>113 Union Wharf East<br>Boston, MA  12109<br>(617) 227-1500<br>Attorneys for Third-Party Defendant Muoi Bui, a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui, d/b/a Bless Hardwoods |
| Dated:  August 8, 2007 | Dated:  August 8, 2007 |
| CO-COUNSEL:<br>PATRICK J. LOFTUS, III BBO #303310<br>No. 9 Park Street<br>Suite 500<br>Boston, MA  02108<br>(617) 723-7770 | _____/s/ James P. Cullen, Jr._____<br>JAMES P. CULLEN, JR., ESQUIRE<br>COZEN O'CONNOR<br>1900 Market Street<br>The Atrium - Third Floor<br>Philadelphia, PA  19103<br>(215) 665-4102<br>Attorneys for Plaintiff Vermont Mutual Insurance Company a/s/o Timothy D. Stein and Wayne Rolf<br><br>Dated:  August 8, 2007 |