UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY, )<br>as subrogee of TIMOTHY D. STEIN and )<br>WAYNE ROLF )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>DAVID'S FLOOR SERVICE, INC., )<br>)<br>and )<br>)<br>MIN DANG, d/b/a )<br>DAVID'S FLOOR SERVICE, )<br>)<br>      Defendants/Third Party Plaintiffs, )<br>)<br>  and )<br>)<br>MUOI BUI, a/k/a MUOI PHAM, )<br>as Administratrix of the Estate of )<br>Toan Bui, d/b/a BLESS HARDWOODS )<br>)<br>      Defendant/Third Party Defendant. ) | CIVIL ACTION<br><br>NO. 05-10307 JLT<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY THE TRIAL OF THIS MATTER

As the parties understand a decision in the state court declaratory judgment action will be forthcoming in the immediate future, and agree to proceed to private mediation upon the issuance of the decision, the parties respectively request a 45 day stay of this action, to allow for the private mediation to be conducted. In the event the mediation does not resolve this matter, the parties request a conference on or after November 1, 2007 to establish a final trial date.

- 2 -

| | |
|---|---|
| _____/s/ Susan Johnson Bowen<br>Susan Johnson Bowen, Esquire<br>Warren, Hensley & Bowen LLP<br>33 Broad Street<br>Suite 800<br>Boston, MA  02109-4208<br>(617) 542-4130<br>Attorneys for Defendant Minh Dang | _____/s/ Timothy M. Roche_____<br>Timothy M. Roche, Esquire<br>Monahan & Associates, P.C.<br>113 Union Wharf East<br>Boston, MA  12109<br>(617) 227-1500<br>Attorneys for Third-Party Defendant Muoi Bui, a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui, d/b/a Bless Hardwoods |
| Dated:  September 10, 2007 | Dated:  September 10, 2007 |
| CO-COUNSEL:<br>PATRICK J. LOFTUS, III BBO #303310<br>No. 9 Park Street<br>Suite 500<br>Boston, MA  02108<br>(617) 723-7770 | _____/s/ James P. Cullen, Jr._____<br>JAMES P. CULLEN, JR., ESQUIRE<br>COZEN O'CONNOR<br>1900 Market Street<br>The Atrium - Third Floor<br>Philadelphia, PA  19103<br>(215) 665-4102<br>Attorneys for Plaintiff Vermont Mutual Insurance Company a/s/o Timothy D. Stein and Wayne Rolf<br><br>Dated:  September 10, 2007 |