UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERMONT MUTUAL INSURANCE COMPANY,<br>As subrogee of TIMOTHY D. STEIN and<br>And WAYNE ROLF,<br><br>    Plaintiff,<br><br>Vs.<br><br>DAVID'S FLOOR SERVICE, INC. and<br>MIN DANG, d/b/a DAVID'S FLOOR SERVICE,<br><br>    Defendants/Third Party Plaintiffs<br><br>Vs.<br><br>MUOI BUI a/k/a MUOI PHAM,<br>As Administratrix of The ESTATE OF<br>TOAN BUI d/b/a BLESS HARDWOODS<br><br>    Third Party Defendants. | CIVIL ACTION 05-10307 JLT |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Timothy M. Roche hereby withdraw my appearance for the above-named Third Party Defendant, Muoi Bui a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui d/b/a Bless Hardwoods. Matthew Mahoney will remain as counsel for the Third Party Defendant.

Respectfully submitted,
Third Party Defendant Muoi
Bui a/k/a Muoi Pham, as
Administratrix of the Estate
of Toan Bui d/b/a
Bless Hardwoods,
By her attorneys,


        /s/ Timothy M. Roche
_____
Matthew Mahoney, BBO# 549092
Timothy M. Roche BBO # 561973
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500

CERTIFICATE OF SERVICE

    I, Timothy M. Roche, hereby certify that on the 2nd day of November, 2007, I have served the foregoing document on all parties by causing copies of same to be sent via first class mail, postage prepaid, to Susan Johnson Bowen, Esquire, WARREN, HENSLEY & BOWEN, LLP, 185 Devonshire Street, Suite 1000, Boston, Massachusetts 02108, Patrick J. Loftus, Esquire, LAW OFFICES OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, Massachusetts 02108, James P. Cullen, Esquire, COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, Pennsylvania 19103.

                                                  /s/  Timothy M. Roche
                                                  Timothy M. Roche

TOANBUI/NoticeWithdrawalTMR-Fed