```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS

VERMONT MUTUAL INSURANCE COMPANY,       )
As subrogee of TIMOTHY D. STEIN and     )
And WAYNE ROLF,                         )
                                        )
      Plaintiff,                        )
                                        )
Vs.                                     )
                                        )
DAVID'S FLOOR SERVICE, INC. and         )
MIN DANG, d/b/a DAVID'S FLOOR SERVICE,  )  CIVIL ACTION 05-10307 JLT
                                        )
      Defendants/Third Party Plaintiffs )
                                        )
Vs.                                     )
                                        )
MUOI BUI a/k/a MUOI PHAM,               )
As Administratrix of The ESTATE OF      )
TOAN BUI d/b/a BLESS HARDWOODS          )
                                        )
      Third Party Defendants.           )
```

**NOTICE OF APPEARANCE**

I, William O. Monahan hereby enter my appearance for the above-named Third Party Defendant, Muoi Bui a/k/a Muoi Pham, as Administratrix of the Estate of Toan Bui d/b/a Bless Hardwoods.

Respectfully submitted,
Third Party Defendant Muoi
Bui a/k/a Muoi Pham, as
Administratrix of the Estate
of Toan Bui d/b/a
Bless Hardwoods,
By her attorney,


    /s/ William O. Monahan
William O. Monahan, BBO#542916
MONAHAN & ASSOCIATES, P.C.
113 Union Wharf East
Boston, MA 02109
(617) 227-1500

CERTIFICATE OF SERVICE

    I, William O. Monahan, hereby certify that on the 2nd day of November, 2007, I have served the foregoing document on all parties by causing copies of same to be sent via first class mail, postage prepaid, to Susan Johnson Bowen, Esquire, WARREN, HENSLEY & BOWEN, LLP, 185 Devonshire Street, Suite 1000, Boston, Massachusetts 02108, Patrick J. Loftus, Esquire, LAW OFFICES OF PATRICK J. LOFTUS, No. 9 Park Street, Suite 500, Boston, Massachusetts 02108, James P. Cullen, Esquire, COZEN O'CONNOR, 1900 Market Street, The Atrium-Third Floor, Philadelphia, Pennsylvania 19103.

                                              /s/  William O. Monahan
                                              William O. Monahan

TOANBUI/NoticeAppearanceWOM-Fed