UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VERMONT MUTUAL INSURANCE COMPANY as subrogee of TIMOTHY D. STEIN and WAYNE ROLF, | * * * * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-10307-JLT |
| | * | |
| DAVID'S FLOOR SERVICE, INC. and MIN DANG, d/b/a DAVID'S FLOOR SERVICE, | * * * * | |
| Defendants. | * | |

ORDER
November 2, 2007

TAURO, J.

After a Final Pre-trial Conference held on November 1, 2007, this court hereby orders that:

1. A jury trial shall commence on December 10, 2007, at 10:00 a.m.

2. Pursuant to a Trial Order [#46] of August 22, 2007, Parties shall file a Pre-trial Memorandum, Exhibit list, and all Motions in limine by December 3, 2007.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro  
United States District Judge