UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**VERMONT MUTUAL INSURANCE CO.,
ET AL**
    Plaintiffs,


        V            CA 05-10307-JLT

**DAVID'S FLOOR SERVICE, INC.
ET AL,**
    Defendants.


## SETTLEMENT ORDER OF DISMISSAL

**TAURO, D.J.**

The court having been advised on November 6, 2007 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **60** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.


                                    Zita Lovett
                                    /s/
                                    _____
                                    **Deputy Clerk**

November 20, 2007